UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | INTEGRATED GENOMICS, INC. | § | Case No. 11-19086 |
| | | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/18/2013 in Courtroom 742, United States Courthouse Courthouse, 219 S. Dearborn, Chicago, IL. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: <u>08/20/2013</u>     By:     <u>/s/Eugene Crane</u>
                                            Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: INTEGRATED GENOMICS, INC. § Case No. 11-19086
§
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 383,000.00 |
| *and approved disbursements of* | $ | 92,898.16 |
| *leaving a balance on hand of* [1] | $ | 290,101.84 |
| **Balance on hand:** | $ | 290,101.84 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | State of Wisconsin | 176,390.39 | 92,000.00 | 92,000.00 | 0.00 |
| 10 | Deutsche Effecten-und Wechsel-Beteiligungsgesellschaft | 1,800,000.00 | 0.00 | 0.00 | 0.00 |
| 12S | John W. Elling | 124,172.69 | 0.00 | 0.00 | 0.00 |

Claims 10&12S withdrawn per Court Order.

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 290,101.84

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 22,400.00 | 0.00 | 22,400.00 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 245,700.00 | 0.00 | 245,700.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 10,971.67 | 0.00 | 10,971.67 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 3,454.00 | 0.00 | 3,454.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for chapter 7 administration expenses: | $ | 282,818.67 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,283.17 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,283.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12P | John W. Elling | 0.00 | 0.00 | 0.00 |

**Withdrawn per Court Order.**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 7,283.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 207,084.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 764.07 | 0.00 | 26.88 |
| 3 | John W. Campbell, Ph.D. | 8,800.00 | 0.00 | 309.50 |
| 4 | Nikos C. Kyrpides | 34,328.66 | 0.00 | 1,207.34 |
| 5 | Mulcahy, Pauritsch, Salvador & Co., Ltd. | 5,500.00 | 0.00 | 193.43 |
| 6 | Eurofins MWG Operon | 6,900.00 | 0.00 | 242.67 |
| 7 | McGarry & McGarry, LLC | 78,308.94 | 0.00 | 2,754.12 |
| 8 | Polsinelli Shugart | 29,133.73 | 0.00 | 1,024.63 |
| 9 | GATC Biotech AG | 37,075.48 | 0.00 | 1,303.94 |

UST Form 101-7-NFR (10/1/2010)

| 11 | DeWitt, Ross & Stevens | 2,709.67 | 0.00 | 95.30 |
| 12U | John W. Elling | 0.00 | 0.00 | 0.00 |
| 13 | Iron Mountain Information | 3,564.28 | 0.00 | 125.36 |

Total to be paid for timely general unsecured claims: $ 7,283.17
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | Illinois Department of Revenue | 0.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-19086-CAD
Integrated Genomics, Inc.                                               Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley              Page 1 of 3               Date Rcvd: Aug 21, 2013
                              Form ID: pdf006          Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2013.
```
db          +Integrated Genomics, Inc.,   2355 South Arlington Heights Road,   Suite 207,
              Arlington Heights, IL 60005-4506
17234717    +454 Life Sciences,   Attn: Rebecca Martone,   16 Commercial Street,   Branford, CT 06405-2801
17234750     AAPER Alcohol & Chemical Co., Inc.,   P.O. Box 673831,   Detroit, MI 48267-3831
17234933    +ATCC,   5779 Collections Center Drive,   Chicago, IL 60693-0057
17234820    +Absolute Air Specialists,   Attn: Jack Wunder,   926 Cornell Ct.,
              Shorewood Hills, WI 53705-2242
17234837    +Agilent Technologies,   4187 Collections Center Drive,   Chicago, IL 60693-0041
17234917    +American Computer Supplies, Inc.,   11755 Exposition Blvd.,   Los Angeles, CA 90064-1338
17234918     American Society for Microbiology,   1752 N Street, N.W.,   Washington, D.C. 20036-2904
17234924     Applied Biosystems,   P.O. Box 88976,   Chicago, IL 60695-1976
17234928    +Aria Scientific,   Attn: Danny W. Cheng,   50 California Street, 15th Floor,
              San Francisco, CA 94111-4612
17340549    +Auburn University,   BS1-MAS 209 LSB,   Auburn, AL 36849-0001
17235031     Auburn University,   Attn: John McInroy,   BSI-MAS 209 LSB,
              Department of Entomology & Plant Patholo,   Auburn, AL 36849-5409
17235494     Beckman Coulter,   Genomics Department CH 14354,   Palatine, IL 60055-4354
17235535    +Blue Cross Blue Shield of Illinois,   P.O. Box 1186,   Chicago, IL 60690-1186
17236270    +Cisco Webex, LLC,   16720 Collections Center Drive,   Chicago, IL 60693-0167
17235549    +ComCast Phone, LLC,   16333 Collections Center Drive,   Chicago, IL 60693-0163
17235601     DeWitt, Ross & Stevens,   S. Michael Murphy Esq.,   Two East Miffin Street, Suite 600,
              Madison, WI 53703-2865
17235557    +Delta Dental of Illinois,   Department 1030,   P.O. Box 805275,   Chicago, IL 60680-4168
17236354     Deutsche Effecten-Und,   Wechsel-Beteiligungsgesellschaft, A.G.,   Leutragraben 1, D-07743,
              Jena, Germany
18459589     Deutsche Effecten-und Wechsel-Beteiligungsgesellsc,   Leutragraben 1,   07743 Jena,   Germany
17234921    +Elizabeth Andrews,   5346 Suffield Terrace,   Skokie, IL 60077-1567
17235664    +Epicentre Biotechnologies,   726 Post Road,   Madison, WI 53713-4620
17235750    +Eurofins MWG Operon,   Scott Shoemaker,   2211 Seminole Dr.,   Huntsville, AL 35805-3848
17235758     Fidelity Investments,   P.O. Box 73307,   Chicago, IL 60673-7307
17340550    +Fidelity Investments,   PO Box 73308,   Chicago, IL 60673-7308
17236439     GATC Biotech, AG,   c/o Mr. S. Scheufele,   Jakob Stadler Platz 7 D 78467,   Konstanz, Germany
17236437     GATC Biotech, Ltd.,   St Johns Innovation Centre Cowley Road,   Cambridge CB4 OWB United Kingdom
17236954    +Gaffney & Gaffney, P.C.,   Attn: Glenn R. Gaffney, Esq.,   1771 Bloomingdale Road,
              Glendale Heights, IL 60139-2168
17235775     Harris, N.A.,   Mastercard Payment Center,   P.O. Box 71878,   Chicago, IL 60694-1878
17340551    +Hinckley Springs,   PO Box 71878,   Chicago, IL 60694-1878
17236027     Hinkley Springs,   P.O. Box 660579,   Dallas, TX 75266-0579
17236036    +IHP Arlington Heights, LLC,   P.O. Box 683,   Bedford Park, IL 60499-0683
20747618     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
              Chicago, Illinois 60664-0338
17236095    +Illumina, Inc.,   Attn: Leslie Currie,   12864 Collections Center Drive,   Chicago, IL 60693-0128
17236103     Imperial Credit Corporation,   P.O. Box 9045,   New York, NY 10087-9045
18465996    +Iron Mountain Information,   Management Inc.,   Attn: Joseph Corrigan,
              745 Atlantic Avenue, 10th Floor,   Boston, MA 02111-2735
17236465    +J. Rady,   1510 Glenwood Avenue,   Glenview, IL 60025-2142
17236402    +John D. Kopczyk, Ltd.,   65 East Wacker Drive, Suite 1400,   Chicago, IL 60601-7239
17235608     John W. Elling,   590 Monte Alto,   Santa Fe, NM 87501-6172
17236516    +M. Fonstein,   4926-H South Cornell Avenue,   Chicago, IL 60615-3078
17236137    +McGarry & McGarry,   120 North LaSalle Street, Suite 1100,   Chicago, IL 60602-2420
18377660    +McGarry & McGarry, LLC,   120 North LaSalle Street, Suite 1100,   Chicago, Illinois 60602-2420
17235765    +Mikhail Gelfand,   c/o Sergei Gelfand,   76 Overhill Road,   Providence, RI 02906-4917
17236162    +Mulcahy, Pauritsch, Salvador & Co., Ltd.,   14300 S Ravinia, Suite 200,
              Orland Park, IL 60462-2578
17236974    +Nikos C. Kyrpides,   c/o Glenn R Gaffney,   1771 Bloomingdale Rd,
              Glendale Heights, IL 60139-2168
17236408    +Novamed, Inc.,   8136 North Lawndale Avenue,   Skokie, IL 60076-3300
17236212    +Polsinelli Shugart,   700 West 47th Street, Suite 1000,   Kansas City, MO 64112-1805
17236215     ProcessWorks, Inc.,,   Benefit Payments,   P.O. Box 712748,   Cincinnati, OH 45271-2748
17236025    +Robert Haselkorn,   4950 Chicago Beach Drive,   Chicago, IL 60615-3204
17236428    +Ross Overbeek,   6317 New Albany Road,   Lisle, IL 60532-3236
17236410    +Rubicon Genomics, Inc.,   4355 Varisty Drive, Suite E,   Ann Arbor, MI 48108-5004
17236473    +S. Shotliff,   2 Kensington Drive,   Lincolnshire, IL 60069-3911
17236217    +Sabalcore Computing, Inc.,,   Attn: John Van Workum,   4024 Forest Island Drive,
              Orlando, FL 32826-2622
17340553     Special Procedures Unit,   Wisconsin Department of Revenue,   P.O. Box 8901,
              Madison, WI 53708-8901
17236222     Sun Life Financial,   P.O. Box 7247-0381,   Philadelphia, PA 19170-0381
17236243    +University Research Park, Inc.,   510 Charmany Drive, Suite 250,   Madison, WI 53719-1267
17236241    +University of Illinois at Chicago,   Research Resources Center,   835 South Wolcott Avenue, MC937,
              Chicago, IL 60612-3748
17236423     University of Washington,   Accounts Payable,   3917 University Way N.E.,
              Seattle, WA 98105-6692
17236584    +V. Vonstein,   4926-H South Cornell Avenue,   Chicago, IL 60615-3078
```

```
District/off: 0752-1           User: lhuley                Page 2 of 3                   Date Rcvd: Aug 21, 2013
                               Form ID: pdf006             Total Noticed: 72


17340552     +Vision Service Plan,    PO Box 93931,    Milwaukee, WI 53293-3931
17236265      Vision Service Plan,    File # 74619,    P.O. Box 60000,    San Francisco, CA 94160-4619
17533462      Wisconsin Department of Administration,     Attn: Greg Murray, Chief Legal Counsel,    P.O. Box 7864,
               Madison, WI 53707-7864
17533492      Wisconsin Department of Commerce,    P.O. Box 7970,    Madison, WI 53707-7970
17236396      Wisconsin Department of Revenue,    P.O. Box 78257,    Milwaukee, WI 53293-0257
17236291      Wisconsin Department of Revenue,    P.O. Box 93931,    Milwaukee, WI 53293-0931
17236448     +Y. Nikolsky,    21 Chrismar Drive,    Portage, IN 46368-1005

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17235542      E-mail/Text: legalcollections@comed.com Aug 22 2013 01:02:02      ComEd,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
17385186     +E-mail/Text: legalcollections@comed.com Aug 22 2013 01:02:02      Commonwealth Edison Company,
               3 Lincoln Center,    Attn: Bankruptcy Section,    Oakbrook Terrace, IL 60181-4204
17236136      E-mail/Text: bankruptcy2@ironmountain.com Aug 22 2013 01:06:32       Iron Mountain,
               Off-site Data Protection,    P.O. Box 27129,    New York, NY 10087-7129
17235537     +E-mail/Text: jwcampbell3@gmail.com Aug 22 2013 01:05:48      John W. Campbell, Ph.D.,
               1255 South Michigan Avenue, Suite 3506,    Chicago, IL 60605-3322
17236406      E-mail/Text: janie.chavis@mtsu.edu Aug 22 2013 01:07:15       Middle Tennessee State University,
               1301 East Main Street,    Murfree, TN 37132-0001
18059935      E-mail/Text: gurholtks@doj.state.wi.us Aug 22 2013 01:05:01       State of Wisconsin,
               P. O. Box 7857,    Madison, WI 53707-7857
17533463      E-mail/Text: gurholtks@doj.state.wi.us Aug 22 2013 01:05:01       Wisconsin Department of Justice,
               Attn: Debra L. Remington, Assistant Atty,     P.O. Box 7857,    Madison, WI 53707-7857
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17236399       GE Capital-IT Solutions,   2480 Meadowvale Blvd.,    Mississauga, ONT L5N 7Y1
17340554*     +Y.Nikolsky,    21 Chrismar Drive,   Portage, IN 46368-1005
17234891     ##+All My Sons Moving & Storage, Inc.,    2101 West 21st Street,    Broadview, IL 60155-4627
17236427     ##+Evgeni Selkov,    1409 Heatherton Drive,   Naperville, IL 60563-2232
17235537     ##+John W. Campbell, Ph.D.,    1255 South Michigan Avenue, Suite 3506,    Chicago, IL 60605-3322
                                                                                 TOTALS: 1, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 23, 2013**                 **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1           User: lhuley              Page 3 of 3                   Date Rcvd: Aug 21, 2013
                               Form ID: pdf006          Total Noticed: 72
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:

```
              Debra L Remington    on behalf of Interested Party    State of Wisconsin
               remingtondl@doj.state.wi.us, gurholtks@doj.state.wi.us
              Eugene  Crane    on behalf of Trustee Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Eugene  Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene  Crane    on behalf of Plaintiff Eugene  Crane ecrane@craneheyman.com,
               jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
              Nicholas C Kefalos    on behalf of Debtor    Integrated Genomics, Inc. nkefalos@vernormoran.com
              Patrick F Ross    on behalf of Defendant John W. Elling pfross@uhlaw.com,
               kburde@uhlaw.com;rjanczak@uhlaw.com;keedeus@uhlaw.com;sgfeibus@uhlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              R Scott Alsterda    on behalf of Defendant John W. Elling rsalsterda@uhlaw.com
              Tyler Steven Mertes    on behalf of Interested Party    Darwin National Assurance Company
               tyler.mertes@troutmansanders.com, cynthia.duran@troutmansanders.com
              Vivek  Jayaram    on behalf of Defendant Bertram  Kohler vivek@jayaramlaw.com
              Vivek  Jayaram    on behalf of Defendant    Deutsche Effecten - Und Wechsel -
               Beteiligungsgesellschaft AG vivek@jayaramlaw.com
              Vivek  Jayaram    on behalf of Defendant Mirko  Wackerle vivek@jayaramlaw.com
                                                                                              TOTAL: 12
```