## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: INTEGRATED GENOMICS, INC.          § Case No. 11-19086
                                          §
                                          §
                                          §
Debtor(s)                                 §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                        Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $124,983.17   Claims Discharged
                                               Without Payment: N/A

Total Expenses of Administration: $258,016.83

---

   3) Total gross receipts of $383,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $383,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $2,018,471.00 | $2,100,563.08 | $92,000.00 | $92,000.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 283,716.83 | 258,016.83 | 258,016.83 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 11,725.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,745,624.00 | 315,998.48 | 207,084.83 | 32,983.17 |
| **TOTAL DISBURSEMENTS** | $3,764,095.00 | $2,712,003.39 | $557,101.66 | $383,000.00 |

    4) This case was originally filed under Chapter 7 on May 04, 2011. The case was pending for 35 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/21/2014          By: /s/EUGENE CRANE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent Transfer Litigation | 1241-000 | 383,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$383,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | State of Wisconsin | 4800-000 | 163,233.00 | 176,390.39 | 92,000.00 | 92,000.00 |
| 10 | Deutsche Effecten-und Wechsel-Beteiligungsgesellsc | 4800-000 | 1,855,238.00 | 1,800,000.00 | 0.00 | 0.00 |
| 12S | John W. Elling | 4800-000 | N/A | 124,172.69 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,018,471.00** | **$2,100,563.08** | **$92,000.00** | **$92,000.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 22,400.00 | 22,400.00 | 22,400.00 |
| Clerk of U.S. Bankruptcy Court | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 245,700.00 | 220,000.00 | 220,000.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 10,971.67 | 10,971.67 | 10,971.67 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 3,454.00 | 3,454.00 | 3,454.00 |
| Rabobank, N.A. | 2600-000 | N/A | 514.16 | 514.16 | 514.16 |
| Illinois Department of Revenue | 2820-000 | N/A | 384.00 | 384.00 | 384.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$283,716.83** | **$258,016.83** | **$258,016.83** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12P | John W. Elling | 5800-000 | N/A | 11,725.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$11,725.00** | **$0.00** | **$0.00** |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Commonwealth Edison Company | 7100-000 | 534.00 | 764.07 | 764.07 | 121.70 |
| 3 | John W. Campbell, Ph.D. | 7100-000 | 8,800.00 | 8,800.00 | 8,800.00 | 1,401.61 |
| 4 | Nikos C. Kyrpides | 7100-000 | 16,591.00 | 34,328.66 | 34,328.66 | 5,467.65 |
| 5 | Mulcahy, Pauritsch, Salvador & Co., Ltd. | 7100-000 | 5,500.00 | 5,500.00 | 5,500.00 | 876.00 |
| 6 | Eurofins MWG Operon | 7100-000 | 6,900.00 | 6,900.00 | 6,900.00 | 1,098.99 |
| 7 | McGarry & McGarry, LLC | 7100-000 | 64,644.00 | 78,308.94 | 78,308.94 | 12,472.55 |
| 8 | Polsinelli Shugart | 7100-000 | 19,655.00 | 29,133.73 | 29,133.73 | 4,640.24 |
| 9 | GATC Biotech AG | 7100-000 | 30,039.00 | 37,075.48 | 37,075.48 | 5,905.15 |
| 11 | DeWitt, Ross & Stevens | 7100-000 | 2,709.00 | 2,709.67 | 2,709.67 | 431.58 |
| 12U | John W. Elling | 7100-000 | 250,652.00 | 108,913.65 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Iron Mountain Information | 7100-000 | 1,375.00 | 3,564.28 | 3,564.28 | 567.70 |
| 14 | Illinois Department of Revenue | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| NOTFILED | Gaffney and Gaffney, PC | 7100-000 | 21,049.00 | N/A | N/A | 0.00 |
| NOTFILED | M.Fonstein | 7100-000 | 21,750.00 | N/A | N/A | 0.00 |
| NOTFILED | GATC Biotech Ltd, St. Johns Innovation Ctr, Cowly Rd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Middle TN State University | 7100-000 | 90,690.00 | N/A | N/A | 0.00 |
| NOTFILED | Novamed, Inc | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Mikhail Gelfand | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | J.Rady | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital - IT Solutions | 7100-000 | 30,134.00 | N/A | N/A | 0.00 |
| NOTFILED | IHP Arlington Heights, LLC | 7100-000 | 12,376.00 | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 14,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Illumina ,Inc | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Process Works, Inc. Benefit Payments | 7100-000 | 414.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris NA | 7100-000 | 14,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Imperial Credit Corporation | 7100-000 | 484.00 | N/A | N/A | 0.00 |
| NOTFILED | S. Shotliff | 7100-000 | 112,500.00 | N/A | N/A | 0.00 |
| NOTFILED | University Research Park | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Washington | 7100-000 | 36,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Vision Service Plan | 7100-000 | 102.00 | N/A | N/A | 0.00 |
| NOTFILED | V. Vonstein | 7100-000 | 22,666.00 | N/A | N/A | 0.00 |
| NOTFILED | University of Illinois | 7100-000 | 8,461.00 | N/A | N/A | 0.00 |
| NOTFILED | Special Procedures Unit Wisconsin Department of | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Sabalcore Computing, Inc. | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Sun Life Financial | 7100-000 | 259.00 | N/A | N/A | 0.00 |
| NOTFILED | Rubicon Genomics | 7100-000 | 15,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ross Overbeek | 7100-000 | 365,899.00 | N/A | N/A | 0.00 |
| NOTFILED | Fidelity Investments | 7100-000 | 1,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Y.Nikolsky | 7100-000 | 18,579.00 | N/A | N/A | 0.00 |
| NOTFILED | Robert Haselkorn | 7100-000 | 49,213.00 | N/A | N/A | 0.00 |
| NOTFILED | to Schedule of Creditors Holding Unsecured | 7100-000 | 18,579.00 | N/A | N/A | 0.00 |
| NOTFILED | Cisco Webex, LLC | 7100-000 | 1,464.00 | N/A | N/A | 0.00 |
| NOTFILED | Evgeni Selkov | 7100-000 | 442,955.00 | N/A | N/A | 0.00 |
| NOTFILED | 454 Life Sciences | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | AAPER Alcohol & Chemical Cos., Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Absolute Air Specialists | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Agilent Technolgies | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Epicentre Biotechnologies | 7100-000 | 257.00 | N/A | N/A | 0.00 |
| NOTFILED | Blue Cross Blue Shield | 7100-000 | 4,316.00 | N/A | N/A | 0.00 |
| NOTFILED | Delta Dental of Illinois | 7100-000 | 422.00 | N/A | N/A | 0.00 |
| NOTFILED | Comcast Phone, LLC | 7100-000 | 5,380.00 | N/A | N/A | 0.00 |
| NOTFILED | Beckman Coulter | 7100-000 | 10,125.00 | N/A | N/A | 0.00 |
| NOTFILED | Elizabeth Andrews | 7100-000 | 965.00 | N/A | N/A | 0.00 |
| NOTFILED | ATCC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Auburn University | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Society for Microbiology | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Computer Supplies | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Applied Biosystems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aria Scientific | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | All My Sons Moving and Storage, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,745,624.00 | $315,998.48 | $207,084.83 | $32,983.17 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-19086  
**Case Name:** INTEGRATED GENOMICS, INC.  

**Period Ending:** 03/21/14

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 05/04/11 (f)  
**§341(a) Meeting Date:** 06/21/11  
**Claims Bar Date:** 02/09/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Fraudulent Transfer Litigation (u) | Unknown | Unknown | | 383,000.00 | FA |
| 1   **Assets   Totals** (Excluding unknown values) | **$0.00** | **$0.00** | | **$383,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/08: Subpoena's went out demanding t/o books & records.  Only CPA in AZ replied. (dk)

12/31/11:  Potential fraudulent transfers to new company IG Assets.  Settlement negotiations continue

12/31/12: Settlement negotiations continue

05/30/2013: Settlement reached and monies turned over, will hire accountant to file returns.

**Initial Projected Date Of Final Report (TFR):**     February 28, 2013          **Current Projected Date Of Final Report (TFR):**     December 31, 2014

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-19086  
**Case Name:** INTEGRATED GENOMICS, INC.  
**Taxpayer ID #:** **-***6736  
**Period Ending:** 03/21/14

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****959266 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/30/13 | {1} | IGENGIO, Inc. | Settlement from IG Assets, Inc. | 1241-000 | 100,000.00 | | 100,000.00 |
| 05/30/13 | {1} | Ungaretti & Harris LLP | Settlement from IG Assets, Inc. | 1241-000 | 283,000.00 | | 383,000.00 |
| 06/27/13 | 101 | State of Wisconsin | Settlement on Claim no. 2 filed by State of Wisconsin per Court Order | 4800-000 | | 92,000.00 | 291,000.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 514.16 | 290,485.84 |
| 07/08/13 | 102 | Illinois Department of Revenue | 2013 IL-1120-V  FEIN #36-4196736 | 2820-000 | | 384.00 | 290,101.84 |
| 09/19/13 | 103 | EUGENE CRANE | Dividend paid 100.00% on $22,400.00, Trustee Compensation; Reference: | 2100-000 | | 22,400.00 | 267,701.84 |
| 09/19/13 | 104 | Clerk of U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 293.00 | 267,408.84 |
| 09/19/13 | 105 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $3,454.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 3,454.00 | 263,954.84 |
| 09/19/13 | 106 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $220,000.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 220,000.00 | 43,954.84 |
| 09/19/13 | 107 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $10,971.67, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 10,971.67 | 32,983.17 |
| 09/19/13 | 108 | Commonwealth Edison Company | Dividend paid 15.92% on $764.07; Claim# 1; Filed: $764.07; Reference: | 7100-000 | | 121.70 | 32,861.47 |
| 09/19/13 | 109 | John W. Campbell, Ph.D. | Dividend paid 15.92% on $8,800.00; Claim# 3; Filed: $8,800.00; Reference: | 7100-000 | | 1,401.61 | 31,459.86 |
| 09/19/13 | 110 | Nikos C. Kyrpides | Dividend paid 15.92% on $34,328.66; Claim# 4; Filed: $34,328.66; Reference: | 7100-000 | | 5,467.65 | 25,992.21 |
| 09/19/13 | 111 | Mulcahy, Pauritsch, Salvador & Co., Ltd. | Dividend paid 15.92% on $5,500.00; Claim# 5; Filed: $5,500.00; Reference: | 7100-000 | | 876.00 | 25,116.21 |
| 09/19/13 | 112 | Eurofins MWG Operon | Dividend paid 15.92% on $6,900.00; Claim# 6; Filed: $6,900.00; Reference: | 7100-000 | | 1,098.99 | 24,017.22 |
| 09/19/13 | 113 | McGarry & McGarry, LLC | Dividend paid 15.92% on $78,308.94; Claim# 7; Filed: $78,308.94; Reference: | 7100-000 | | 12,472.55 | 11,544.67 |
| 09/19/13 | 114 | Polsinelli Shugart | Dividend paid 15.92% on $29,133.73; Claim# 8; Filed: $29,133.73; Reference: | 7100-000 | | 4,640.24 | 6,904.43 |
| 09/19/13 | 115 | GATC Biotech AG | Dividend paid 15.92% on $37,075.48; Claim# 9; Filed: $37,075.48; Reference: | 7100-000 | | 5,905.15 | 999.28 |
| 09/19/13 | 116 | DeWitt, Ross & Stevens | Dividend paid 15.92% on $2,709.67; Claim# 11; Filed: $2,709.67; Reference: | 7100-000 | | 431.58 | 567.70 |

Subtotals: $383,000.00   $382,432.30

{} Asset reference(s)

Printed: 03/21/2014 04:21 PM   V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-19086 | | **Trustee:** | EUGENE CRANE (330350) |
| **Case Name:** | INTEGRATED GENOMICS, INC. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ****959266 - Checking Account |
| **Taxpayer ID #:** | **-***6736 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 03/21/14 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/19/13 | 117 | Iron Mountain Information | Dividend paid 15.92% on $3,564.28; Claim# 13; Filed: $3,564.28; Reference: | 7100-000 | | 567.70 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 383,000.00 | 383,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 383,000.00 | 383,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$383,000.00** | **$383,000.00** | |

| | |
|---|---|
| Net Receipts : | 383,000.00 |
| Net Estate : | $383,000.00 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****959266** | 383,000.00 | 383,000.00 | 0.00 |
| | $383,000.00 | $383,000.00 | $0.00 |